# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 6, 2016

## NO. 03-14-00731-CV

**Juana Mendez Valdez, et vir Juan Valdez, Appellants**

**v.**

**Melody Mueller Moerbe, Appellee**

## APPEAL FROM 155TH DISTRICT COURT OF FAYETTE COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD
## AFFIRMED -- OPINION BY JUSTICE FIELD

This is an appeal from the judgment signed by the trial court on August 15, 2014. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment. Appellants shall pay all costs relating to this appeal, both in this Court and the court below.